**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**KELLY DEVORE,**

**Plaintiff,**

**v.** **Case No. 8:26-cv-01552-JLB-SPF**

**BERN'S STEAK HOUSE, INC.**

**Defendant.**
**_________________________________/**

**DEFENDANT'S SUPPLEMENT TO LOCAL RULE 3.01(G), INCLUDED IN MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT [DOC. 28]**

In compliance with the Court's Text Order [Doc. 29], Defendant hereby supplements the Local Rule 3.01(g) conferral with Plaintiff regarding Defendant's Motion to Dismiss Plaintiff's Amended Complaint [Doc. 28]. Counsel for the parties have conferred regarding the Motion via email on October 5, 6, 8, and 13, 2026, and Plaintiff opposes the relief requested therein.

DATED this 14th day of October, 2026.

**[Signature appears on next page]**

Respectfully submitted,

**FORDHARRISON LLP**

By: *_/s/ Kevin M. Sullivan_*

Todd S. Aidman, Esq.
Florida Bar No. 173029
taidman@fordharrison.com
Kevin M. Sullivan, Esq.
Florida Bar No. 1003812
kmsullivan@fordharrison.com
Collin T. O'Keefe, Esq.
Florida Bar No. 1068517
cokeefe@fordharrison.com
401 E. Jackson Street, Suite 2500
Tampa, FL 33602
Telephone: (813) 261-7800
Facsimile: (813) 261-7899

***Attorneys for Defendant***

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 14, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notification of such filing to all parties of record.

*_/s/ Kevin M. Sullivan_*
Attorney

WSActiveLLP:115662026.1